IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN RICHARDSON, | 1:05-CV-1423 OWW DLB |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE |
| K. RUTIAGA, | |
| Defendant. / | |

Plaintiff, proceeding pro se, has filed a civil rights action. Plaintiff has not, however, paid the filing fee for this action or submitted a completed application to proceed in forma pauperis. Plaintiff will be provided the opportunity to submit a completed application to proceed in forma pauperis, **or** pay the $250.00 filing fee.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $250.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

1

1  Plaintiff is further advised that if this Court permits him to proceed without prepayment
2 of fees, this Court will screen his complaint to determine if his claims are frivolous, malicious,
3 fail to state a claim on which relief may be granted, or seek monetary relief against an immune
4 defendant. *See* 28 U.S.C. § 1915(e). If this Court determines plaintiff's claims are frivolous,
5 malicious, fail to state a claim on which relief may be granted, or seek monetary relief against an
6 immune defendant, this Court will dismiss plaintiff's complaint.

IT IS SO ORDERED.

**Dated:   November 21, 2005**             **/s/ Dennis L. Beck**
3c0hj8                                     UNITED STATES MAGISTRATE JUDGE