# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN RICHARDSON,<br><br>                Plaintiff,<br><br>    v.<br><br>K. RUTIAGA, et al.,<br><br>                Defendants. | 1:05cv1423 OWW DLB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Document 8) |

      Plaintiff is proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

      On January 25, 2006, the Magistrate Judge issued Findings and Recommendation that the action be dismissed for Plaintiff's failure to obey the Court's order.  This Findings and Recommendation was served on all parties and contained notice that any objections to the Report and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.  Accordingly, IT IS HEREBY ORDERED that:

      1.      The Findings and Recommendation issued January 25, 2006, is ADOPTED IN

1

       FULL; and

   2.     The action is dismissed.

IT IS SO ORDERED.

**Dated:   March 15, 2006**                   **/s/ Oliver W. Wanger**
emm0d6                                UNITED STATES DISTRICT JUDGE